IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERIC LAVELL MURRY**
**ADC #96072**                                                                                           **PLAINTIFF**

**VS.**                              **CASE NO.  3:05CV00121 JMM**

**MITCHELL, LIEUTENANT; AND**
**JOHN DOES**                                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 29 day of August, 2005.

_____
James M. Moody
United States District Court